1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JOSEPH M. ALIOTO JR. (CABN 215544)
   Assistant United States Attorney
5       450 Golden Gate Avenue
        San Francisco, California 94102
6       Telephone: (415) 436-7200
        Joseph.Alioto@usdoj.gov
7
   Attorneys for the United States of America
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 | UNITED STATES OF AMERICA,            CASE NO. CR 17-142 JD (KAW)

13 |     Plaintiff,                        [~~PROPOSED~~] ORDER OF DETENTION

14 | v.

15 | BERNARD ANTHONY CURRY,

16 |     Defendant.

17

18      The parties appeared for a detention hearing before the Honorable Kandis A. Westmore on

19 September 26, 2017. The United States moved for detention pursuant to Title 18, United States Code,

20 Section 3142(e) on the grounds that no condition or combination of conditions would reasonably assure

21 the appearance of the defendant as required or the safety of any other person and the community.

22      Having considered the parties' proffers, the Pretrial Services Report, and the factors set forth in

23 Title 18, United States Code, Section 3142(g), the Court finds that this case involves a firearm, that the

24 weight of the evidence is strong, that the defendant's criminal history involves the violent crime of

25 Voluntary Manslaughter, and he has a recent conviction for being a felon in possession of a firearm –

26 similar to the current offense charged, that the defendant is addicted to controlled substances and has

27 been unemployed since 2014, that the defendant attempted to flee when apprehended in this case, and

28 that none of the proposed sureties can adequately assure the defendant's future appearance as required.

DETENTION ORDER
CR 17-142 JD (KAW)

1 | In addition, the defendant was on probation at the time of the arrest in this case, and he has a history of probation violations.

The Court finds by a preponderance of the evidence that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required, and it further finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

Therefore, IT IS HEREBY ORDERED the defendant shall be committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility. The defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED: September 28, 2017

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

DETENTION ORDER
CR 17-142 JD (KAW)