UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 17-0142 JD |
| Plaintiff, | ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | ) | |
| BERNARD ANTHONY CURRY, | ) | |
| Defendant. | ) | |

On November 16, 2018, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- Glock Model 27 .40 caliber firearm (Serial Number VNG468); and
- 25 rounds of .40 caliber ammunition and magazine in which they are loaded

pursuant to Title 18, United States Code, Section 924(d), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 17-0142 JD                                                                 1

1    THEREFORE, it is so ordered that the above-described property shall be forfeited to the United
2 States pursuant to Title 18, United States Code, Section 924(d), and the procedures outlined in Rule 32.2
3 of the Federal Rules of Criminal Procedure All right, title, and interest in said property is vested in the
4 United States of America.  The appropriate federal agency shall dispose of the forfeited property
5 according to law.

7 Dated: 3/18/19                                    _____
                                                    HON. JAMES DONATO
8                                                   United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 17-0142 JD                                  2